# Order

Michigan Supreme Court
Lansing, Michigan

October 19, 2007

133251

DYKEMA GOSSETT, PLLC,
      Plaintiff/Counter-Defendant-
      Appellee,

v

ROGER M. AJLUNI, M.D., MEDICAL FITNESS
CENTER, and RMA PHYSICIANS, PC,
      Defendants/Counter-Plaintiffs-
      Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133251
COA: 259218
Wayne CC: 02-202046-CK

_____/

On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we AFFIRM the result reached by the Court of Appeals, but we VACATE Part II of the Court of Appeals opinion and judgment, for the reasons stated in the separate Court of Appeals opinion of Judge Jansen, who concurred in part and dissented in part.

CAVANAGH and KELLY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007

_____
Clerk

s1016